UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| JEFFREY BROOK MCCOLLUM AND HANNAH WHITFIELD MCCOLLUM,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN PAUL BENTLEY, JACOBY TRUCKING AND DELIVERY LLC AND FOUNDATION XPRESS, LLC,<br><br>Defendants. | Civil Action No. 8:17-CV-01244-DCC<br><br>**DEFENDANTS' AMENDED DESIGNATION OF EXPERT WITNESSES** |

Defendants, Steven Paul Bentley and Foundation Xpress, LLC ("Defendants"), hereby disclose the following expert witnesses pursuant to the Third Amended Conference and Scheduling Order filed on August 9, 2018.

1. Mark T. Wagner, Ph.D.
   Medical University of South Carolina
   Department of Neurosciences
   96 Jonathan Lucas Street, CSB Suite 307
   Charleston, South Carolina 29425

Dr. Wagner is an expert in the area of neuropsychology and is expected to testify regarding his opinions in relation to Plaintiff's claimed injuries resulting from the accident. Dr. Wagner's expert report is attached hereto.

This disclosure may be supplemented as discovery progresses.

Defendants reserve the right to call at trial all expert witnesses listed by the other party throughout discovery. Defendants reserve the right to supplement this disclosure as discovery is ongoing.

**SIGNATURE ON FOLLOWING PAGE**

          MCANGUS GOUDELOCK & COURIE, L.L.C.

          <u>s/Amanda L.C. Bradley</u>
          Doc Morgan, Jr., Bar No: 3133
          Amanda L.C. Bradley, Bar No.: 10048
          Post Office Box 2980
          55 East Camperdown Way, Suite 300 (29601)
          Greenville, South Carolina 29602
          (864) 239-4000

          ATTORNEYS FOR DEFENDANTS, STEVEN PAUL BENTLEY and FOUNDATION XPRESS, LLC

November 30, 2018