## Mark T. Wagner, PhD
## Testimony at Deposition or at Trial

| Date | Deposed | Court | By request of | Case |
|---|---|---|---|---|
| 09/27/2013 | x | | Collins and Lacy | Rafael Yekuel v. Eagles |
| 06/17/2014 | x | | Kara and Christmas | Lonny Moore v. Tank Pro |
| 09/24/2014 | x | | Richardson Plowden & Robinson | Gilreath v The Enclave at Long Point Community |
| 12/03/2014 | x | | Carlock and Copeland | Steven Book, Individually and Steven Book as natural Parent and Guardian ad litem for Megan Book, a minor |
| 02/18/2015 | x | | Young Clement Rivers | William M. Nix, Jr.  v. Stevens Transport case |
| 04/27/2015 | x | | Wilson Jones Carter & Baxley | Susan Martin vs. Newberry County School District |
| 08/24/2015 | x | | Barnwell - Whaley | Wilson v. Win-Holt 3849.001 |
| 09/23/2015 | x | | Barnwell - Whaley | Skelton v Summerville Plaza et al |
| 03/22/2016 | x | | Attorney Harriett Johnson | William Archer v Fluor Daniel Services, Inc. & Liberty Mutual Insurance |
| 11/22/2016 | | x | Judge Gergel | Dylan Roof |

| 04/26/2017 | x |  | Attorney Jim Scott | Livak v. Austin Commercial |
|---|---|---|---|---|
| 03/17/2017 | x |  | Attorney Barrett Brewer | Burroughs James Jr. v. Herbert E. Wilson, Jr |
| 07/26/2017 | x |  | Attorney Thomas Fowler | Andrea Holland |
| 02/12/2018 – 02/16/2018 | x |  | Anderson County Solicitors office | Jesse Osborne waiver hearing Family Court 2018 |